IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HAIGH,<br><br>        Plaintiff,<br><br>  v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>        Defendants. | Case No. 16-cv-06880-MMC<br><br>**ORDER OF DISMISSAL** |

The parties having jointly advised the Court that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendants herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.

**IT IS SO ORDERED.**

Dated: May 16, 2017

                                                                          MAXINE M. CHESNEY
                                                                          United States District Judge